IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 22-1337 |
| ) | |
| H2O RECOVERY, LLC, and TIMOTHY ) | Judge Marilyn Horan |
| MILLER, ) | |
| ) | |
| Defendants. ) | **ELECTRONIC FILING** |
| ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

AND NOW come the parties, by and through their respective counsel and hereby stipulate and agree that this civil action shall be dismissed with prejudice, and that all parties shall bear their own counsel fees and costs. The Court is requested to enter an appropriate Order for the purposes of accomplishing the same.

| | |
|---|---|
| s/Robert S. Stickley | s/Allen Andrascik |
| Robert S. Stickley, Esquire | Allen Andrascik, Esquire |
| PA ID No. 80849 | PA ID No. 53423 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 90 S. Newtown Square Rd. | 2777 Darlington Road |
| Suite 11 | Suite 1010 |
| Newton Square, PA 19073 | Beaver Falls, PA 15010 |
| 484-420-4184 | (724) 846-9188 |
| rstickley@stickley.law | andrasciklaw@verizon.net |

SO ORDERED:

_____
Marilyn J. Horan
United States District Judge