# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWNERS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> H2O RECOVERY, LLC, and TIMOTHY ) <br> MILLER, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 22-1337 <br><br> Judge Marilyn Horan <br><br> **ELECTRONIC FILING** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW come the parties, by and through their respective counsel and hereby stipulate and agree that this civil action shall be dismissed with prejudice, and that all parties shall bear their own counsel fees and costs. The Court is requested to enter an appropriate Order for the purposes of accomplishing the same.

| | |
|---|---|
| s/Robert S. Stickley <br> Robert S. Stickley, Esquire <br> PA ID No. 80849 <br> *Counsel for Plaintiff* <br> 90 S. Newtown Square Rd. <br> Suite 11 <br> Newton Square, PA 19073 <br> 484-420-4184 <br> rstickley@stickley.law | s/Allen Andrascik <br> Allen Andrascik, Esquire <br> PA ID No. 53423 <br> *Counsel for Defendants* <br> 2777 Darlington Road <br> Suite 1010 <br> Beaver Falls, PA 15010 <br> (724) 846-9188 <br> andrasciklaw@verizon.net |

SO ORDERED:

*[signature]*
Marilyn J. Horan
United States District Judge